IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CAMERON SMITH,

    Plaintiff,

    v.                        2:12-cv-0840 JAM CKD PS

SAFECO INS. CO. OF AMERICA,

    Defendant.               <u>ORDER</u>

_____/

        Plaintiff is now proceeding in this action pro se. This matter was referred to the undersigned for pretrial management. Dkt. no. 10. A scheduling order was previously issued in this matter. Dkt. no. 7.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The dates set forth in the May 30, 2012 order are confirmed.

        2. The Clerk of Court shall serve a copy of the May 30, 2012 order on plaintiff.

Dated: November 6, 2012

                                            _____
                                            CAROLYN K. DELANEY
                                            UNITED STATES MAGISTRATE JUDGE

4 - smith840.oas