IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CAMERON SMITH,

    Plaintiff,

    v.      2:12-cv-0840 JAM CKD PS

SAFECO INS. CO. OF AMERICA,

    Defendant.      <u>ORDER</u>

_____/

    During the week of June 10, 2013, the United States District Court, Eastern District of California, is hosting Settlement Week. At this time, judges and volunteer mediators will conduct settlement conferences and mediation sessions at no charge to the parties. This action has been identified as a case potentially appropriate for referral to Settlement Week.

    Accordingly, IT IS HEREBY ORDERED that no later than April 5, 2013, the parties are directed to meet and confer to determine whether participation in a settlement conference or mediation would be beneficial. After meeting and conferring, the parties shall

////
/////
/////

1

contact Sujean Park, ADR Program, at (916) 930-4278 or spark@caed.uscourts.gov and advise the court whether they would like to participate in Settlement Week.

Dated: March 11, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
smith840.sett